# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK N.A., <br>     Plaintiff, <br><br>            v. <br><br> TRINA R. LOBO, <br>     Defendant. | EDCV 19-2444 DSF (SHKx) <br><br> Order REMANDING Case; Order to Show Cause re Sanctions |

    This unlawful detainer case was removed from state court on December 16, 2019. The notice of removal claims jurisdiction based on a federal question, diversity, and "admiralty, maritime and prize cases." The removal was untimely, the amount in controversy does not exceed $75,000, there is no federal question pleaded, and this is definitely not an admiralty case.

    The case is REMANDED to the Superior Court of California, County of San Bernardino.

    The removal of this case was completely frivolous. Given that trial was set to start on the day after the removal occurred, there is also strong circumstantial evidence that the case was removed to harass, cause unnecessary delay, or needlessly increase the cost of litigation. Therefore, Defendant's counsel is ordered to show cause, in writing, no later than January 6, 2020, why Jamie Wright and J.Wright Law Group P.C. should not be sanctioned in the amount of $1,000 for violations of Federal Rule of Civil Procedure 11(b)(1) and 11(b)(2).

A hearing on the Order to Show Cause will be held on January 13, 2020 at 11:00 a.m. Jamie Wright is ordered to appear in person.

   IT IS SO ORDERED.


Date: December 19, 2019            _____
                                                   Dale S. Fischer
                                                   United States District Judge